**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DENISE J. DILLOWAY,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

Case No. 18-13424

Hon. Marianne O. Battani

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff Denise J. Dilloway brings this action pursuant to 42 U.S.C. § 405(g), challenging the final decision of the Defendant Commissioner of Social Security denying her application for disability insurance benefits and supplemental security income. The case was referred to Magistrate Judge Michael J. Hluchaniuk pursuant to 28 U.S.C. § 636(b)(1)(B) for review of the Commissioner's decision.

The parties filed cross-motions for summary judgment. In a report and recommendation ("R & R") dated February 10, 2020, the Magistrate Judge recommended that the Court grant the Defendant Commissioner's motion for summary judgment, deny Plaintiff's motion for summary judgment, and affirm the Commissioner's denial of Plaintiff's application for benefits. The Magistrate Judge also informed the parties that they were required to file any desired objections within 14 days after service of the R & R, and that a party's failure to file objections would operate to waive any further right of appeal. (Dkt. 30, R & R at 38.)

Neither party has filed objections to the R & R. Because no objections have been filed, the parties have waived their rights to *de novo* review and appeal. Moreover, having reviewed the R & R and the remainder of the record, this Court fully concurs in the Magistrate Judge's analysis and recommended disposition of this case.

Accordingly, the Court **ADOPTS** the Magistrate Judge's February 10, 2020 report and recommendation (Dkt. 30), **GRANTS** Defendant's motion for summary judgment (Dkt. 23), and **DENIES** Plaintiff's motion for summary judgment (Dkt. 16). For the reasons stated in the Magistrate Judge's report and recommendation, the findings of the Defendant Commissioner are **AFFIRMED.**

**IT IS SO ORDERED.**

Date: March 30, 2020                                s/Marianne O. Battani
                                                    MARIANNE O. BATTANI
                                                    United States District Judge